" second," " third " and " fourth." Clarke, P. J., Laughlin, Scott and Smith, JJ., concurred. Judgment reversed, new trial ordered, costs to appellant to abide event. Order to be settled on notice.

———

STERN PUBLISHING AND NOVELTY COMPANY, INC., Respondent, v. BASTIAN BROS. COMPANY, a Domestic Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

ASSETS AND LIABILITIES ASSOCIATION, INC., Respondent, v. FORTY-NINE EAST FIFTY-NINTH STREET CORPORATION and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

HELEN M. McENTYRE, Respondent, v. JAMES GEORGE McENTYRE, Appellant.— Order modified as directed in order and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

NEW YORK LIFE INSURANCE COMPANY, Plaintiff, v. THE EDWARD W. MARTIN COMPANY and Others, Defendants. MICHAEL J. NEYLAND, Appellant; CHARLES L. HOFFMAN, as Receiver, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

NEW YORK LIFE INSURANCE COMPANY, Plaintiff, v. THE EDWARD W. MARTIN COMPANY and Others, Defendants. HOWARD S. JONES, Appellant; CHARLES L. HOFFMAN, as Receiver, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

SAMUEL CUMMINGS, Appellant, v. KING-BEE FILMS CORPORATION and Others, Impleaded with ROY WEISSBERG (Also Known as BILLY WEST), Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

SAMUEL O. OCHS, Doing Business under the Firm Name and Style of PLUYM-OCHS, LTD., Appellant, v. AKSAI MACHINERY CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements; the time for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

GRACE HUMISTON, Respondent, v. UNIVERSAL FILM MANUFACTURING COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Laughlin and Smith, JJ., dissented.

EMPIRE KAOLIN COMPANY, Appellant, v. ALFRED FRANK and Another, Impleaded with BINGHAM CENTRAL RAILROAD COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs, on the authority of Slingerland v. Albany Typo-